CHICAGO—FIRST DISTRICT—APRIL, 1917.    425

Warren Land Co. v. C., St. P., M. & O. Ry Co., 205 Ill. App. 425.

Warren Land Company, Appellee, v. Chicago, St. Paul, Minneapolis & Omaha Railway Company, Appellant.

Gen. No. 22,764.  (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 30, 1917.

### Statement of the Case.

Action by Warren Land Company, a corporation, plaintiff, against Chicago, St. Paul, Minneapolis & Omaha Railway Company, defendant, to recover damages for delay in the shipment of four carloads of hay. From a judgment for plaintiff for $297, defendant appeals.

For the decision on a prior appeal, see 195 Ill. App. 157.

IRVING HERRIOTT and IRA C. BELDEN, for appellant; WILLIAM G. WHEELER, of counsel.

LEWIS S. EATON, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. CARRIERS, § 105*—*when evidence is sufficient to sustain verdict for plaintiff in action for negligent delay in delivery.* In an action against a railroad company to recover damages caused by delay in the delivery of certain carloads of hay, *held* that the evidence was sufficient to sustain the verdict for plaintiff.

2. APPEAL AND ERROR, § 1725*—*what is effect of decision on former appeal.* On a second appeal the Appellate Court is precluded from considering questions which were determined on the former appeal.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.